

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>Plaintiff(s),<br><br>v.<br><br>Brandon Seanior,<br><br>Defendant(s). | Case No. 18cr217<br>Judge Sheila Finnegan |

### ORDER

Arraignment held on 5/22/2018. Defendant is advised of charges and maximum penalties available under the law. Defendant enters plea of not guilty to all counts. Rule 16.1(a) conference to be held by 5/29/2018. Pretrial motions to be filed by 6/5/2018. Status hearing before Judge Feinerman is set on 6/19/2018 at 9:45 a.m. Without objection, time is excluded in the interest of justice from 5/22/2018 to and including 6/19/2018 pursuant to 18 U.S.C. Section 3161(h)(7)(A)(B) and for the reasons stated in open court.

(00.12) (X-E)

Date: 5/22/2018

*Sheila Finnegan*
_____
Sheila Finnegan
United States Magistrate Judge