IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 01 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
*PLAINTIFF*

-VS-

CASE NO. 18 CR 217

Brandon Seanior
*DEFENDANT*

JUDGE: Gary Feinerman

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Brandon Seanior, acting *pro se*, hereby requests that this Honorable Court grant him leave to substitute counsel. In support of this Motion, Defendant states:

1. Attorney, Standish Willis, was appointed by this court and pursuant to the Criminal Justice Act to represent Defendant in this matter.
2. Irreconcilable differences have developed between Defendant and Attorney differences, resulting in a complete breakdown of communication thus making it impossible for counsel to provide Defendant with an adequate defense.

WHEREFORE, Defendant, Brandon Seanior, requests that this Honorable Court order substitute counsel for Attorney Standish Willis.

Dated on this mon day of 2-25, 2019.

Respectfully Submitted,

by: Brandon Seanior

Defendant Brandon Seanior
REG# 53019-424
Address: 71 West Van Buren street
Metroplitan correctional center

## CERTIFICATE OF SERVICE

Defendant, Brandon Seanior, a non-attorney, states under penalties of perjury, that on this Mon day of 2-25, 20 19, he served the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL** upon:

Clerk of the Court
219 S. Dearborn St.    Case No. 18 CR 217
Chicago, Illinois 60604

by placing same in the U.S. Mail depository at the Metropolitan Correctional Center, postage prepaid, before the hour of 5:00 p.m.

Dated on this Mon day of 2-25, 20 19.

Brandon Seanior
**Defendant, *Pro Se***

Brandon Seanior
mcc chicago metroplitan correctional center
71 west Van Buren Street
chicago, IL 60605



clerk of the court
219 S. Dearborn St.
Chicago, ILLinois 60604

Legal mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

02-26-2019